IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 08-150-GMS |
| WOCKHARDT LIMITED and<br>WOCKHARDT USA, INC., | )<br>)<br>)<br>) | |
| Defendants | ) | |

## WOCKHARDT USA INC. AND WOCKHARDT LIMITED'S
## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants Wockhardt USA Inc. and Wockhardt Limited (collectively, "Wockhardt") must move, answer or otherwise respond to the Complaint is extended through and including May 7, 2008. Wockhardt Limited is an Indian company and has agreed to accept service of the Complaint and also agreed not to challenge personal jurisdiction in this Court for the purposes of this action. Accordingly, the extension is requested so that both Wockhardt USA Inc. and Wockhardt Limited can respond to the Complaint on the same date and have sufficient time to consider and respond to the allegations in the Complaint.

RLF1-3266176-1

| /s/Jack B. Blumenfeld | /s/Kelly E. Farnan |
|---|---|
| Jack B. Blumenfeld (#1014) | Jeffrey L. Moyer (#3309) |
| jblumenfeld@mnat.com | moyer@rlf.com |
| Maryellen Noreika (#3208) | Kelly E. Farnan (#4395) |
| mnoreika@mnat.com | farnan@rlf.com |
| James W. Parrett, Jr. (#4292) | Richards, Layton & Finger, P.A. |
| jparrett@mnat.com | 920 North King Street |
| Morris, Nichols, Arsht & Tunnell LLP | Wilmington, DE 19801 |
| 1201 North Market Street, P.O. Box 1347 | 302-651-7700 |
| Wilmington, DE 19899 | *Attorneys for Defendants Wockhardt USA Inc.* |
| (302) 658-9200 | *and Wockhardt Limited* |
| *Attorneys for Plaintiffs* | |

Dated: March 27, 2008

IT IS SO ORDERED this _____ day of March, 2008.

_____
U.S. District Judge