IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI AVENTIS and<br>SANOFI AVENTIS U.S. LLC,<br>　　　　　Plaintiffs,<br><br>v.<br><br>WOCKHARDT LIMITED and<br>WOCKHARDT USA, INC.,<br>　　　　　Defendants.<br><br>WOCKHARDT LIMITED and<br>WOCKHARDT USA, INC.,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>v.<br><br>SANOFI AVENTIS and<br>SANOFI AVENTIS U.S. LLC,<br><br>　　　　　Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 08-150-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WOCKHARDT LIMITED AND WOCKHARDT USA, INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Wockhardt Limited and Wockhardt USA, Inc., state:

1.　Wockhardt USA, Inc. is a wholly-owned subsidiary of Wockhardt EU Operations (Swiss) AG, which is a wholly-owned subsidiary of Wockhardt Limited, which is a publicly traded company organized and existing under the laws of India.

    2.    No publicly-held corporation owns ten percent or more of Wockhardt Limited's stock.

*Kelly E. Farnan*
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendants Wockhardt USA Inc and Wockhardt Limited*

OF COUNSEL:

Mark Boland
Michael Dzwonczyk
Chid Iyer
Renita S. Rathinam
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060

Dated: May 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on May 7, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY E-MAIL**

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
Alexis Gorton
Kirkland & Ellis, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

                                                  */s/ Kelly E. Farnan*
                                                  Kelly E. Farnan (#4395)