IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC,<br>    Plaintiffs,<br><br>    v.<br><br>WOCKHARDT LIMITED and<br>WOCKHARDT USA, INC.,<br>    Defendants. | C.A. No. 08-150 (GMS) |

**PLAINTIFFS' REPLY TO DEFENDANTS WOCKHARDT LIMITED
AND WOCKHARDT USA, INC.'S COUNTERCLAIMS**

Plaintiffs sanofi-aventis and sanofi-aventis U.S. LLC, for their Reply to the numbered paragraphs of the Counterclaims of Defendants Wockhardt Limited and Wockhardt USA, Inc. (collectively "Wockhardt"), hereby state as follows:

25. Admitted, upon information and belief.

26. Admitted.

27. Admitted.

28. Admitted.

29. Plaintiffs do not contest personal jurisdiction in this Court for this Action; to the extent that Paragraph 29 contains any other or further allegations, they are superfluous allegations to which no response is required.

30. Plaintiffs do not contest venue in this Court for this Action, to the extent that Paragraph 30 contains any other or further allegations, they are superfluous allegations to which no response is required.

31. Admitted

32. Admitted, except that the patent is entitled "Tablet With Controlled Release of Alfuzosine Chlorhydrate" and one of the listed inventors is named is named François Xavier Jarreau and not Xavier Jarreau.

33. Admitted.

34. Admitted.

35. Admitted.

36. Plaintiffs lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of Defendants' Counterclaims, and on that basis deny such allegations.

37. Admitted.

38. Admitted.

39. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 25-38 as though set forth specifically herein.

40. Denied.

41. Plaintiffs lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of Defendants' Counterclaims, and on that basis deny such allegations.

42. Denied.

43. Denied.

44. Plaintiffs restate and incorporate by reference their responses to the allegations contained in Paragraphs 25-43 as though set forth specifically herein.

45. Denied.

Wherefore, Plaintiffs deny that Wockhardt Limited or Wockhardt USA, Inc. are entitled to any relief, either as prayed for in their Counterclaims or otherwise.

Plaintiffs further deny each allegation contained in Wockhardt Limited and Wockhardt USA, Inc.'s Counterclaims that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants Wockhardt Limited and Wockhardt USA, Inc.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
   *Attorneys for Plaintiffs
   sanofi-aventis and sanofi-aventis U.S. LLC*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
William T. Vuk
Alexis Gorton
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

May 29, 2008

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>   Jeffrey L. Moyer, Esquire
>   Kelly E. Farnan, Esquire
>   RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on May 29, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for Wockhardt USA Inc. and Wockhardt Limited* | *VIA ELECTORNIC MAIL*<br>*and HAND DELIVERY* |
| Mark Boland, Esquire<br>Michael Dzwonczyk, Esquire<br>Chid Iyer, Esquire<br>Renita S. Rathinam, Esquire<br>SUGHRUE MION PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 20037 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)